IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-CV-407-RJC-DCK

| | |
|---|---|
| CLEVELAND CONSTRUCTION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SCHENKEL & SHULTZ ARCHITECTS, PA;) | |
| SCHENKEL & SHULTZ, INC; HDR ) | |
| ARCHITECTURE, INC.; KALLMANN, ) | |
| MCKINNELL & WOOD ARCHITECTS, ) | |
| INC.; and SCHENKEL & SHULTZ ) | |
| ARCHITECTS, PA - HDR ) | |
| ARCHITECTURE, INC. - KALLMANN ) | |
| MCKINNELL & WOOD ARCHITECTS ) | |
| INC., a joint venture; ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the Court on the "Application For Admission To Practice Pro Hac Vice" (Document No. 33) filed December 19, 2008 for admission of James D. Ludwig as counsel *pro hac vice* on behalf of Plaintiff Cleveland Construction, Inc.

Upon review and consideration of the Motion, the Court will grant the motion.

In accordance with Rule 83.1(B) of this Court's local rules, Mr. Ludwig shall be admitted to appear before this court *pro hac vice* on behalf of Plaintiff Cleveland Construction, Inc. It appears that Mr. Ludwig has associated Richard Wilson of Nexsen Pruet, PLLC as local counsel.

Signed: December 22, 2008

David C. Keesler
United States Magistrate Judge